IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KENNETH EARL RAMSEY**                                                                                    **PLAINTIFF**

VS.                                         CIVIL ACTION NO. 3:04CV769-WHB-AGN

**CENTERPOINT ENERGY / ENTEX**                                         **DEFENDANT**

<u>**FINAL JUDGMENT**</u>

In accordance with Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Opinion and Order which granted Defendant's the Motion to Dismiss, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 19th day of January, 2006.

                                                  <u>s/ William H. Barbour, Jr.</u>
                                                  UNITED STATES DISTRICT JUDGE

tct